UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YAHOO! INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>ASHANTIPLC LIMITED, SAHAR SARID, and KISHORE BHAVNANIE,<br><br>   Defendants. | Case No. 4:09-cv-03528-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PLAINTIFF YAHOO! INC. TO FILE FIRST AMENDED COMPLAINT |

PURSUANT TO STIPULATION (Docket No. 27), it is hereby ORDERED that Plaintiff Yahoo! Inc.'s First Amended Complaint (Docket No. 28) is deemed filed, and that Defendants Ashantiplc Limited, Aliza Sarid, Sahar Sarid, and Kishore Bhavnanie will answer or otherwise respond to the complaint within twenty (20) days of the filing.

IT IS SO ORDERED.

Dated: __11/6/09_____

_____
Judge Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED