Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

Attorneys for Plaintiff
YAHOO! INC.

(Other Counsel listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YAHOO! INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHANTIPLC LIMITED, SAHAR SARID, and KISHORE BHAVNANIE, <br><br> Defendants. | Case No. 4:09-cv-03528-PJH <br><br> **STIPULATION TO EXTEND DEADLINES TO MEDIATE AND FOR DEFENDANTS TO FILE MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

Pursuant to the Court's Order of November 20, 2009, the deadline for the parties to complete a mediation in this case, and for Defendants Ashantiplc Limited, Sahar Sarid, and Kishore Bhavnanie ("Defendants") to file a motion to dismiss for personal jurisdiction is January 11, 2010.

///

///

///

///

///

1  Plaintiff Yahoo! Inc., through its attorney of record Scott R. Mosko, and Defendants, through their

2  attorney of record Robert M. Vantress, stipulate to extend these deadlines to March 12, 2010.

3      IT IS SO STIPULATED:

4  Dated:  January 11, 2009                                                                 Respectfully submitted,

5  **For Plaintiff Yahoo! Inc.**                                                          **For Defendants Ashantiplc Limited, Aliza Sarid, Sahar Sarid, and Kishore Bhavnanie**

| /s/ *Scott R. Mosko* | /s/ *Robert M. Vantress* |
|---|---|
| Scott R. Mosko | Robert M. Vantress |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. | VANTRESS LAW GROUP |
| Stanford Research Park | 4820 Harwood Rd. |
| 3300 Hillview Avenue | 2d Floor |
| Palo Alto, California  94304-1203 | San Jose, California 95124 |
| Telephone:   (650) 849-6600 | Telephone: (408) 905-6501 |
| Facsimile:    (650) 849-6666 | Facsimile:   (408) 583-4000 |

David M. Kelly (Admitted pro hac vice)
Stephanie H. Bald (Admitted pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:  (202) 408-4000
Facsimile:   (202) 208-4400

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Scott R. Mosko, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 11th day of January 2010 at Palo Alto, California.

                                               /s/ Scott R. Mosko
                                                 Scott R. Mosko

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION and for good cause shown, IT IS HEREBY ORDERED that the deadline for the parties to complete a mediation in this case, and for Defendants Ashantiplc Limited, Sahar Sarid, and Kishore Bhavnanie to file a motion to dismiss for personal jurisdiction is March 12, 2010.

Date: __1/12/10_____



_____
Phyllis J. Hamilton
United States District Judge