Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

David M. Kelly (Admitted Pro Hac Vice)
david.kelly@finnegan.com
Stephanie H. Bald (Admitted Pro Hac Vice)
stephanie.bald@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:   (202) 408-4000
Facsimile:    (202) 408-4400

Attorneys for Plaintiff
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YAHOO! INC., | Case No. 4:09-cv-03528-PJH |
| Plaintiff, | **PLAINTIFF YAHOO! INC.'S NOTICE OF WITHDRAWAL OF COUNSEL JONATHAN MATKOWSKY** |
| v. | |
| ASHANTIPLC LIMITED, SAHAR SARID, and KISHORE BHAVNANIE, | |
| Defendants. | |

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE of Jonathan Matkowsky's withdrawal as counsel of record for

3   Plaintiff Yahoo! Inc. in the above-captioned matter.  Plaintiff's counsel requests that the name of the

4   following attorney be removed from the list of attorneys of record in this case and from the Court's

5   ECF electronic notice registration for this case:

        Jonathan Matkowsky (Admitted pro hac vice)
        jdm@yahoo-inc.com
        Registered In-House Counsel
        (California Bar Registration No. 800937)
        Legal Director, Global Brand Protection
        Yahoo! Inc.
        701 First Avenue
        Sunnyvale, California  94089
        Telephone:   (408) 349-7317
        Facsimile:    (408) 349-3400

12      Plaintiff is currently represented in this case by other counsel of record, who are identified in

13  the caption above.

15  Dated:  January 25, 2010        Respectfully submitted,

16          FINNEGAN, HENDERSON, FARABOW,
          GARRETT & DUNNER, L.L.P.

18          By:_____/s/ Scott R. Mosko_____
            Scott R. Mosko

19          Attorneys for Plaintiff