1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304-1203
   Telephone:   (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Attorneys for Plaintiff
   YAHOO! INC.
7

8  (Other Counsel listed on Signature Page)

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13

14  YAHOO! INC.,                          Case No. 4:09-cv-03528-PJH

15               Plaintiff,               **STIPULATION TO EXTEND
                                          DEADLINE TO MEDIATE AND
16       v.                               [PROPOSED] ORDER**

17
    ASHANTIPLC LIMITED, SAHAR SARID,
18  and KISHORE BHAVNANIE,

19               Defendants.

20

21

22       Pursuant to the Court's Order of January 13, 2010, the deadline for the parties to complete a

23  mediation in this case is March 12, 2010.  Plaintiff Yahoo! Inc., through its attorney of record Scott

24  R. Mosko, and Defendants, through their attorney of record Robert M. Vantress, stipulate to extend

25  that deadline to May 11, 2010.  The parties have exchanged names of possible mediators, and are

26  working diligently to reach agreement on a mediator and a date for the mediation.

27  / / /

28  / / /

IT IS SO STIPULATED:

Dated: March 12, 2010

Respectfully submitted,

**For Plaintiff Yahoo! Inc.**

**For Defendants Ashantiplc Limited, Aliza Sarid, Sahar Sarid, and Kishore Bhavnanie**

/s/ *Scott R. Mosko*
Scott R. Mosko
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

/s/ *Robert M. Vantress*
Robert M. Vantress
VANTRESS LAW GROUP
4820 Harwood Rd.
2d Floor
San Jose, California 95124
Telephone: (408) 905-6501
Facsimile:  (408) 583-4000

David M. Kelly (Admitted pro hac vice)
Stephanie H. Bald (Admitted pro hac vice)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:   (202) 408-4000
Facsimile:   (202) 408-4400

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Scott R. Mosko, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of March 2010 at Palo Alto, California.

                                                /s/ Scott R. Mosko
                                                  Scott R. Mosko

/ / /

/ / /

/ / /

1                                      **[PROPOSED] ORDER**

2          PURSUANT TO STIPULATION and for good cause shown, IT IS ORDERED that the date

3 by which the parties shall complete private mediation shall be extended from March 12, 2010, to

4 May 11, 2010.

6 Date: 3/15/10

8                                                     Phyllis J. Hamilton

9                                                     United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA