1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304-1203
   Telephone:   (650) 849-6600
5  Facsimile:    (650) 849-6666

6  Attorneys for Plaintiff
   YAHOO! INC.

7

8  (Other Counsel listed on Signature Page)

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13

14  YAHOO! INC.,                          Case No. 4:09-cv-03528-PJH

15                   Plaintiff,           **STIPULATION TO EXTEND
                                          DEADLINE TO MEDIATE AND**
16         v.                             **[~~PROPOSED~~] ORDER**

17  ASHANTIPLC LIMITED, SAHAR SARID,
    and KISHORE BHAVNANIE,
18

19                   Defendants.

20

21

22         Pursuant to the Court's Order of January 13, 2010, the deadline for the parties to complete a

23  mediation in this case is March 12, 2010.  Plaintiff Yahoo! Inc., through its attorney of record Scott

24  R. Mosko, and Defendants, through their attorney of record Robert M. Vantress, stipulate to extend

25  that deadline to May 11, 2010.  The parties have exchanged names of possible mediators, and are

26  working diligently to reach agreement on a mediator and a date for the mediation.

27  / / /

28  / / /

STIP. TO EXTEND DEADLINE TO MEDIATE;
                                          [PROPOSED] ORDER - 4:09-cv-03528-PJH

1      IT IS SO STIPULATED:

2  Dated:  March 12, 2010               Respectfully submitted,

3  **For Plaintiff Yahoo! Inc.**         **For Defendants Ashantiplc Limited,**
                                   **Aliza Sarid, Sahar Sarid, and Kishore**

4                                    **Bhavnanie**

5

6

7  /s/ *Scott R. Mosko*                /s/ *Robert M. Vantress*
  Scott R. Mosko                   Robert M. Vantress

8  FINNEGAN, HENDERSON, FARABOW,     VANTRESS LAW GROUP
    GARRETT & DUNNER, L.L.P.         4820 Harwood Rd.

9  Stanford Research Park             2d Floor

10  3300 Hillview Avenue             San Jose, California 95124
  Palo Alto, California  94304-1203      Telephone: (408) 905-6501

11  Telephone:   (650) 849-6600        Facsimile:  (408) 583-4000
  Facsimile:    (650) 849-6666

12

13  David M. Kelly (Admitted pro hac vice)
  Stephanie H. Bald (Admitted pro hac vice)

14  FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.

15  901 New York Avenue, N.W.
  Washington, D.C.  20001-4413

16  Telephone:   (202) 408-4000
  Facsimile:    (202) 408-4400

17

18

19          **ATTESTATION PURSUANT TO GENERAL ORDER 45**

20      I, Scott R. Mosko, attest that concurrence in the filing of this document has been obtained

21  from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

22      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th

23  day of March 2010 at Palo Alto, California.

24

25                          /s/ Scott R. Mosko
                             Scott R. Mosko

26  / / /

27  / / /

28  / / /

1

**[~~PROPOSED~~] ORDER**

2        PURSUANT TO STIPULATION and for good cause shown, IT IS ORDERED that the date

3  by which the parties shall complete private mediation shall be extended from March 12, 2010, to

4  May 11, 2010.

5

6  Date: _3/15/10_____



7

8                                 Phyllis J. Hamilton

9                                 United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND DEADLINE TO MEDIATE;
[PROPOSED] ORDER - 4:09-cv-03528-PJH