Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

David M. Kelly (Admitted Pro Hac Vice)
david.kelly@finnegan.com
Stephanie H. Bald (Admitted Pro Hac Vice)
stephanie.bald@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Attorneys for Plaintiff
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YAHOO! INC., <br><br> Plaintiff, <br><br> v. <br><br> ASHANTIPLC LIMITED, SAHAR SARID, and KISHORE BHAVNANIE, <br><br> Defendants. | Case No. 4:09-cv-03528-PJH <br><br> **STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Yahoo! Inc. ("Plaintiff") and Defendants Ashantiplc Limited, Sahar Sarid, and Kishore Bhavnanie ("Defendants") have settled the above-identified matter.  Plaintiff, through its attorney of record Scott R. Mosko, and Defendants, through their attorney of record Robert M. Vantress, stipulate to the dismissal WITH PREJUDICE of all of Plaintiff's claims and defenses and all of Defendants' counterclaims and defenses.

IT IS SO STIPULATED:

Dated:  June 10, 2010                                          Respectfully submitted,

| FOR PLAINTIFF YAHOO! INC. | FOR DEFENDANTS ASHANTIPLC LIMITED, ALIZA SARID, SAHAR SARID,A and KISHORE BHAVNANIE |
|---|---|
| By: ___/s/ Scott R. Mosko___<br>Scott R. Mosko | By: ___/s/ Robert M. Vantress___<br>Robert M. Vantress |
| FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California  94304-1203<br>Telephone:  (650) 849-6600<br>Facsimile:  (650) 849-6666 | VANTRESS LAW GROUP<br>2840 Harwood Road, Second Floor<br>San Jose, California  95124<br>Telephone:  (408) 905-6501<br>Facsimile:  (408) 583-4000 |
| David M. Kelly (Admitted Pro Hac Vice)<br>Stephanie H. Bald (Admitted Pro Hac Vice)<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, D.C.  20001-4413<br>Telephone:  (202) 408-4000<br>Facsimile:  (202) 408-4400 | |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Scott R. Mosko, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of June 2010 at Palo Alto, California.

_____/s/ Scott R. Mosko_____
Scott R. Mosko

/ / /

- 1 -    STIPULATED DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER - 4:09-cv-03528-PJH

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a) and for good cause shown, IT IS HEREBY ORDERED that all of Plaintiff's claims and defenses, and all of Defendants' counterclaims and defenses are dismissed with prejudice.

Date: _____

_____
The Honorable Phyllis Hamilton
United States District Judge