1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  3300 Hillview Avenue
   Palo Alto, California  94304-1203
4  Telephone:     (650) 849-6600
   Facsimile:      (650) 849-6666
5
   David M. Kelly (Admitted Pro Hac Vice)
6  david.kelly@finnegan.com
   Stephanie H. Bald (Admitted Pro Hac Vice)
7  stephanie.bald@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
8    GARRETT & DUNNER, L.L.P.
   901 New York Avenue, N.W.
9  Washington, D.C.  20001-4413
   Telephone:     (202) 408-4000
10 Facsimile:      (202) 408-4400

11 Attorneys for Plaintiff
   YAHOO! INC.
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                              OAKLAND DIVISION

16

17 | YAHOO! INC.,                          | Case No. 4:09-cv-03528-PJH
18 |             Plaintiff,                | **STIPULATED DISMISSAL WITH
   |                                       | PREJUDICE; [PROPOSED] ORDER
19 |      v.                               | OF DISMISSAL WITH PREJUDICE**
20 |                                       |
   | ASHANTIPLC LIMITED, SAHAR SARID,      |
21 | and KISHORE BHAVNANIE,                |
22 |             Defendants.               |

1   Plaintiff Yahoo! Inc. ("Plaintiff") and Defendants Ashantiplc Limited, Sahar Sarid, and
2   Kishore Bhavnanie ("Defendants") have settled the above-identified matter. Plaintiff, through
3   its attorney of record Scott R. Mosko, and Defendants, through their attorney of record Robert M.
4   Vantress, stipulate to the dismissal WITH PREJUDICE of all of Plaintiff's claims and defenses and
5   all of Defendants' counterclaims and defenses.

6   IT IS SO STIPULATED:

7   Dated: June 10, 2010                                    Respectfully submitted,

8   FOR PLAINTIFF YAHOO! INC.                               FOR DEFENDANTS ASHANTIPLC
                                                            LIMITED, ALIZA SARID, SAHAR
9                                                           SARID,A and KISHORE BHAVNANIE

10
    By: ____/s/ Scott R. Mosko_____             By: ____/s/ Robert M. Vantress_____
11         Scott R. Mosko                                   Robert M. Vantress

12  FINNEGAN, HENDERSON, FARABOW,                     VANTRESS LAW GROUP
       GARRETT & DUNNER, L.L.P.                       2840 Harwood Road, Second Floor
13  Stanford Research Park                            San Jose, California  95124
    3300 Hillview Avenue                              Telephone:  (408) 905-6501
14  Palo Alto, California  94304-1203                 Facsimile:  (408) 583-4000
    Telephone:  (650) 849-6600
15  Facsimile:  (650) 849-6666

16  David M. Kelly (Admitted Pro Hac Vice)
    Stephanie H. Bald (Admitted Pro Hac Vice)
17  FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNER, L.L.P.
18  901 New York Avenue, N.W.
    Washington, D.C.  20001-4413
19  Telephone:  (202) 408-4000
    Facsimile:  (202) 408-4400
20

21              **ATTESTATION PURSUANT TO GENERAL ORDER 45**

22      I, Scott R. Mosko, attest that concurrence in the filing of this document has been obtained
23  from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

24      I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th
25  day of June 2010 at Palo Alto, California.

26
                                                     ____/s/ Scott R. Mosko_____
27                                                        Scott R. Mosko

28  / / /

- 1 -    STIPULATED DISMISSAL WITH PREJUDICE;
         [PROPOSED] ORDER - 4:09-cv-03528-PJH

**[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a) and for good cause shown, IT IS HEREBY ORDERED that all of Plaintiff's claims and defenses, and all of Defendants' counterclaims and defenses are dismissed with prejudice.

Date:  6/16/10

_____
The Honorable Phyllis J. Hamilton
United States District Judge

